# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Mario Ramon Medina,<br><br>　　　　Defendant. | CR 11-1901-TUC-DCB (BPV)<br><br>ORDER |

  This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's Petition to Revoke Supervised Release (Doc. 26).

  Magistrate Judge Velasco conducted a status conference on August 11, 2015, and issued his Report and Recommendation on the same date. A copy was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

  The Court, having made an independent review of the record, orders as follows:

/ / /

/ / /

IT IS ORDERED that Magistrate Judge Velasco's Report and Recommendation (Doc. 36) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS ORDERED that Defendant's conditions of supervised release are MODIFIED to include an additional condition that requires Defendant to undergo polygraph testing and if Defendant passes the test the Government will dismiss the pending Petition to Revoke Supervised Release (Doc. 26) and that the Defendant shall submit to periodic polygraph tests as approved by the probation officer as a means to determine compliance with his conditions of supervision and the requirements of his therapeutic program. No violation proceedings will arise solely on the result of the polygraph tests or a valid Fifth Amendment refusal to answer a question during a polygraph examination.

DATED this 26th day of August, 2015.

David C. Bury
United States District Judge