IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Mario Ramon Medina,<br><br>    Defendant.<br>_____ | NO.   CR 11-01901-TUC-DCB(BPV)<br><br>**REPORT AND RECOMMENDATION ON DEFENDANT'S PETITION TO REVOKE SUPERVISED RELEASE** |

An Admit/Deny Hearing was scheduled before this Court on September 1, 2015. Both Counsel were present for said hearing and defense Counsel waived the presence of the Defendant. The parties stipulated that Special Condition #2 of the Conditions of Supervised Release would include all cell phones, thumb drives, or other electronic storage media possessed by Defendant.

Based on the Defendant's performance on the polygraph testing, the Government moved to dismiss the Petition to Revoke Supervised Release [Doc. 26].

**CONCLUSION**

It is the recommendation of this Court that the District Judge, after his independent review and consideration, enter an Order **MODIFYING** Special Condition #2 of Defendant's Conditions of Supervised Release to include all cell phones, thumb drives, or other electronic storage media possessed by Defendant and **DISMISSING** the Petition to Revoke Supervised Release [Doc. 26].

The parties waive the period of time for objections to be filed.

DATED this 2nd day of September, 2015.

_____
Bernardo P. Velasco
United States Magistrate Judge

- 2 -