# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| | ) CR 11-1901-TUC-DCB(BPV) |
| Plaintiff, | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| Mario Ramon Medina, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    This matter came before the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and local rules of practice of this Court for hearing and report and recommendation at the time of defendant's Admit/Deny Hearing on his Petition to Revoke Supervised Release scheduled before Magistrate Judge Bernardo P. Velasco on September 1, 2015. Counsel reached a stipulation and Judge Velasco issued his Report and Recommendation on September 2, 2015 noting all parties waived the period of time for filing objection. Accordingly, after this Court's review and consideration of the record,

    **IT IS ORDERED** that Magistrate Judge Velasco's Report and Recommendation (Doc. 39) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

    **IT IS FURTHER ORDERED** modifying Special Condition #2 of the Defendant's

Conditions of Supervised Release to include all cell phones, thumb drives, or other electronic storage media possessed by Defendant.

**IT IS FURTHER ORDERED** the Petition to Revoke Supervised Release (Doc. 26) is hereby dismissed.

DATED this 8th day of September, 2015.

David C. Bury
United States District Judge